# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| MICKAYLA SMITH and<br>JERRY LACEY, | ) | |
| | ) | |
| | ) | Case No.: 23-cv-3006 |
| Plaintiffs, | ) | |
| | ) | Complaint for Violation of Civil Rights and |
| v. | ) | Supplemental State Claims |
| | ) | |
| COOK COUNTY SHERIFF'S OFFICE, | ) | **JURY DEMANDED** |
| KEVIN JOHNSON, BADGE NO. 498, | ) | |
| MICHAEL WARE, BADGE NO. 86S, | ) | |
| ARTHUR TAYLOR, BADGE NO. 771, | ) | |
| GUSTAVO JIMENEZ, BADGE NO. | ) | |
| 669, MICHAEL YELTON, BADGE NO. | ) | |
| 697, EDDIE ISHOO, BADGE NO. 275, | ) | |
| REGINA SENESE, BADGE NO. 627, | ) | |
| RYAN VEMMER, BADGE NO. 674, | ) | |
| and MICHAEL KRUZEL, BADGE 600, | ) | |
| | ) | |
| Defendants. | ) | |

## COMPLAINT AT LAW

Plaintiffs MicKayla Smith and Jerry Lacey, by and through their attorneys, Ed Fox & Associates, Ltd., file the following Complaint:

## JURISDICTION AND VENUE

1. This action arises under the United States Constitution and the Civil Rights Act of 1871 (42 U.S.C. Section 1983). This Court has jurisdiction under and by virtue of 28 U.S.C. Sections 1343, 1331, and 1367.

2. The venue is founded in this judicial Court upon 28 U.S.C. Section 1391 as the acts complained of arose in this district.

## PARTIES

3. At all times mentioned herein, Plaintiffs MicKayla Smith ("Plaintiff Smith") and Jerry Lacey ("Plaintiff Lacey") (collectively "Plaintiffs") were and are citizens of the United States and were within the jurisdiction of this Court.

4. At all times mentioned herein, Defendant Officers Kevin Johnson, Badge No. 498, Michael Ware, Badge No. 86S, Arthur Taylor, Badge No. 771, Gustavo Jimenez, Badge No. 669, Michael Yelton, Badge No. 697, Eddie Ishoo, Badge No. 275, Regina Senese, Badge No. 627, Ryan Vemmer, Badge No. 674, and Michael Kruzel, Badge 600 (collectively "Defendant Officers") were employed by the Cook County Sheriff's Office and acted under the color of state law and as the employees, agents, and/or representatives of the Cook County Sheriff's Office. Plaintiff is suing Defendant Officers in their individual capacities.

5. At all times mentioned herein, the Cook County Sheriff's Office was a political division of the State of Illinois, existing as such under the laws of the State of Illinois.

**FACTUAL ALLEGATIONS**

6. On or about August 10, 2022, Plaintiffs were lawfully inside Plaintiff Smith's motor vehicle near the intersection of North State Street and East Hubbard Street in Chicago, Illinois.

7. Defendant Officers approached Plaintiffs and commanded them to provide their IDs, which Plaintiffs complied with.

8. Defendant Officers then commanded Plaintiffs to exit the motor vehicle, which Plaintiffs complied with.

9. Defendant Officers then handcuffed and searched Plaintiffs, but no contraband was found.

10. Defendant Officers then searched the motor vehicle, but no contraband was found.

11. Plaintiffs were released without any charges.

12. There was no just cause for Defendant Officers to approach Plaintiffs, command them to provide their IDs or exit the motor vehicle, handcuff them, or search them or the motor vehicle.

13. As a direct and proximate result of one or more of the above-mentioned actions and/or omissions by Defendant Officers, Plaintiffs suffered significant injuries, including but not limited to the loss of liberty, invasion of privacy, humiliation and indignities, and suffered great mental and emotional pain in an amount yet to be ascertained.

14. The actions and/or omissions mentioned above by Defendant Officers were willful, wanton, malicious, oppressive, and done with reckless indifference and/or callous disregard for Plaintiffs' rights and justify the awarding of exemplary and punitive damages in an amount to be ascertained according to proof at the time of trial.

15. By reason of the above-mentioned actions and/or omissions by Defendant Officers, Plaintiffs retained attorneys to institute, prosecute, and render legal assistance to them in the within action so that they might vindicate the loss and impairment of their rights. By reason thereof, Plaintiffs request payment by Defendants of a reasonable sum for attorney's fees pursuant to 42 U.S.C. Section 1988, or any other provision set by law.

**COUNT I**
**PLAINTIFFS AGAINST DEFENDANT OFFICERS FOR WRONGFUL DETENTION IN VIOLATION OF THE FOURTH AMENDMENT**

16. Plaintiffs hereby incorporate and reallege paragraphs one (1) through fifteen (15) hereof as though fully set forth at this place.

17. Defendant Officers deprived Plaintiffs of their rights, privileges, and immunities secured by the Fourth Amendment to the Constitution of the United States and laws enacted thereunder.

18. Defendant Officers violated Plaintiffs' rights by approaching them, commanding them to provide their IDs and exit the motor vehicle (which Plaintiffs complied with), and handcuffing

them without just cause. The detentions were done without just cause and therefore violated Plaintiffs' Constitutional rights. As a result, Defendant Officers are liable to Plaintiff pursuant to 42 U.S.C. § 1983.

## COUNT II
## PLAINTIFFS AGAINST DEFENDANT OFFICERS FOR UNREASONABLE SEARCH IN VIOLATION OF THE FOURTH AMENDMENT

19. Plaintiffs hereby incorporate and reallege paragraphs one (1) through fifteen (15) hereat as though fully set forth at this place.

20. Defendant Officers deprived Plaintiffs of their rights, privileges, and immunities secured to them by the Fourth Amendment to the Constitution of the United States and laws enacted thereunder.

21. The arbitrary intrusion by Defendant Officers into the security and privacy of Plaintiffs and the motor vehicle violated their Constitutional Rights and was not authorized by law. Defendant Officers violated Plaintiffs' rights by searching them and the motor vehicle, without just cause. The foregoing was unnecessary, unreasonable, excessive, and therefore violated Plaintiffs' rights. Accordingly, Defendant Officers are liable to Plaintiffs pursuant to 42 U.S.C. § 1983.

## COUNT III
## PLAINTIFFS AGAINST THE COOK COUNTY SHERIFF'S OFFICE IN VIOLATION OF THE STATE LAW CLAIMS OF FALSE IMPRISONMENT/ARREST

22. Plaintiffs incorporate and reallege paragraphs one (1) through fifteen (15) as though fully set forth at this place.

23. Defendant Officers intentionally confined Plaintiffs within fixed boundaries by approaching them, commanding them to provide their IDs and exit the motor vehicle (which Plaintiffs complied with), and handcuffing them.

24. Plaintiffs were aware of the confinement and/or were harmed by it.

25. Defendant Officers violated the law by falsely imprisoning/arresting Plaintiffs.

26. Plaintiffs suffered emotional and other damages from the unlawful acts of Defendant Officers.

27. Plaintiffs' imprisonment/arrest was unnecessary and unreasonable.

28. Thus, the Cook County Sheriff's Office is liable under the doctrine of *respondeat superior* for the state law claims of false imprisonment/arrest.

**WHEREFORE**, Plaintiffs, MicKayla Smith and Jerry Lacey, by and through their attorneys, Ed Fox & Associates, request judgment as follows:

1. Defendants pay Plaintiffs' general damages, including emotional distress, in a sum to be ascertained;

2. Defendants pay Plaintiffs' special damages;

3. Defendants pay Plaintiffs' attorneys fees pursuant to Section 1988 of Title 42 of the United States Code or any other applicable provision;

4. Defendant Officers pay punitive and exemplary damages in a sum to be ascertained;

5. Defendants pay Plaintiffs' costs of the suit herein incurred; and

6. Plaintiffs have such other and further relief as this Court may deem and proper.

BY: */s/ Peter T. Sadelski*
Peter T. Sadelski
ED FOX & ASSOCIATES, LTD.
Attorneys for Plaintiffs
118 North Clinton Street, Suite 425
Chicago, Illinois 60661
(312) 345-8877
psadelski@efoxlaw.com

**PLAINTIFFS HEREBY REQUESTS A TRIAL BY JURY**

BY:    */s/ Peter T. Sadelski*
         Peter T. Sadelski
         ED FOX & ASSOCIATES, LTD.
         Attorneys for Plaintiffs
         118 North Clinton Street, Suite 425
         Chicago, Illinois 60661
         (312) 345-8877
         psadelski@efoxlaw.com